UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE J. VIGIL,<br><br>Plaintiff,<br><br>v.<br><br>AMYRA COBB-HAMPTON, et al.,<br><br>Defendants. | No. 2:25-cv-01144-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 3) |

Plaintiff Theodore J. Vigil is proceeding *pro se* and *in forma pauperis* in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 30, 2025, the magistrate judge filed findings and recommendations herein, which were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 3.) On May 7, 2025, Plaintiff filed objections to the magistrate judge's findings and recommendations. (Doc. No. 4.) Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on April 30, 2025 (Doc. No. 3) are ADOPTED in full;
2. This action is dismissed; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __December 31, 2025__

Dena Coggins
United States District Judge

2